IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LILLIE HARDINE**                                                                                            **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 4:19-CV-147-DAS**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL SECURITY**                     **DEFENDANT**

## JUDGMENT REMANDING CASE

Pursuant to the judgment of the Fifth Circuit Court of Appeals, this action is remanded to the Social Security Administration for further proceedings consistent with the opinion of the court.

**SO ORDERED AND ADJUDGED**, this the 3rd day of August, 2022.

                                                  **/s/ David A. Sanders**
                                                  **U.S. MAGISTRATE JUDGE**